**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JAMES L. SHARKNIS

       Debtor(s)

   Ronda J. Winnecour
       Movant
      vs.
   No Repondents.

Case No.:11-22519 JAD

Chapter 13

Document No.: 67

## ORDER OF COURT

AND NOW, this __2nd__ day of __August__, 20__16__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/2/16 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 11-22519-JAD
James L. Sharknis                                                   Chapter 13
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0315-2           User: bsil                  Page 1 of 2                  Date Rcvd: Aug 03, 2016
                               Form ID: pdf900             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db           +James L. Sharknis,    119 Larchmont Drive,    Lower Burrell, PA 15068-9729
cr            EMC MORTGAGE,    Mail Code LA4-5555   700 Kansas Lane,    Monroe, LA  71203
13042335     +Beneficial HFC,    PO Box 4153-K,   Carol Stream, IL 60197
13550845     +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13543361     +Capital One, N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
13085515      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
13042337     +Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13042338     +City of Lower Burrell,    Treasurer,   115 Schreiber Street,    New Kensington, PA 15068-3229
13042339     +Goldbeck McCafferty & McKeever,    Mellon Independence Center, Suite 5000,    701 Market Street,
               Philadelphia, PA 19106-1541
13042340     +HSBC Bank,    P.O. Box 5253,   Carol Stream, IL 60197-5253
13070926     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
13042341     +Juniper Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
13042342     +Lower Burrell City,    c/o Westmoreland County Tax Claim Bureau,    2 N Main Street, Suite 406,
               Greensburg, PA 15601-2417
13042343     +Municipal Authority of New Kensington,    P. O. Box 577,    New Kensington, PA 15068-0577
13042344     +Orchard Bank Mastercard,    c/o HSBC Card Services,    P. O. Box 80084,   Salinas, CA 93912-0084
13042347      Sears Solutions Mastercard,    c/o HSBC Card Services,    PO Box 379,   Wood Dale, IL 60191-0379
13588393     +The Bank of New York Mellon, etal,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,   OH4-7133,
               Columbus, OH 43219-6009
13061095     +Westmoreland County Tax Claim Bureau,    2 N Main St Ste 406,    Greensburg PA 15601-2417
13693011      eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2016 01:43:38
               PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
cr            E-mail/PDF: rmscedi@recoverycorp.com Aug 04 2016 01:43:40
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13042334     +E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2016 01:50:08     Ally Financial,
               PO Box 380901,    Minneapolis, MN 55438-0901
13069813     +E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2016 01:50:08
               Ally Financial Inc. f/k/a GMAC Inc.,    PO Box 130424,   Roseville, MN 55113-0004
13155613     +E-mail/Text: bncmail@w-legal.com Aug 04 2016 01:51:08     CANDICA LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13042336      E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:44:19     Care Credit,   c/o 6E Money Bank,
               P.O. Box 960061,    Orlando, FL 32896-0061
13433869      E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:45:03     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13156620      E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:44:19     GE Money Bank,
               Attn: Bankruptcy Department,    PO Box 960061,   Orlando FL 32896-0661
13057584      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2016 01:43:42     GE Money Bank,
               c/o B-Line, LLC,    MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13294396     +E-mail/Text: bknotice@ncmllc.com Aug 04 2016 01:51:09     National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13164020      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2016 01:43:39
               Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk VA 23541
13618766     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2016 01:43:37
               PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13042345      E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:43:36     Paypal Credit Services/GEMB,
               PO Box 960080,    Orlando, FL 32896-0080
13042346      E-mail/Text: blegal@phfa.org Aug 04 2016 01:50:58     Pennsylvania Housing Finance Agency,
               211 North Fron Street,    PO Box 15206,   Harrisburg, PA 17105-5206
13433870      E-mail/PDF: rmscedi@recoverycorp.com Aug 04 2016 01:43:40
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13042333      E-mail/Text: bankruptcy@firstenergycorp.com Aug 04 2016 01:51:00     West Penn Power Co,
               P.O. Box 1392,    Fairmont WV 26555-1392
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE
cr*          +National Capital Management, LLC,    8245 Tournament Drive,   Suite 230,
               Memphis, TN 38125-1741
cr*          +PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: bsil               Page 2 of 2            Date Rcvd: Aug 03, 2016
                              Form ID: pdf900          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK
           OF NEW YORK et al... agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Debtor James L. Sharknis julie.steidl@steidl-steinberg.com,
           npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;aste
           idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```